```
                    UNITED STATES DISTRICT COURT

                   CENTRAL DISTRICT OF CALIFORNIA


ALFREDO L. EDMOND,              )    NO. ED CV 14-196-PSG(E)
                                )
          Plaintiff,            )
                                )    ORDER TO SHOW CAUSE RE
     v.                         )
                                )    DISMISSAL FOR FAILURE TO
WILLIAM K. MUELLER,             )
                                )    PROSECUTE
                                )
          Defendant.            )
_____)
```

     By Order filed February 7, 2014, the Court directed Plaintiff to file a proof of service of the Summons and Complaint within thirty (30) days of the date of that Order.  As of the present date, no such proof of service has been filed.

     IT IS ORDERED that within twenty-one (21) days of the date of this Order Plaintiff shall file a declaration, signed under penalty of perjury, attempting to show cause, if there be any, why this action should not be dismissed for violation of this Court's February 7, 2014 Order and for Plaintiff's failure to prosecute this action.  See Link v. Wabash R.R., 370 U.S. 626, 629-30 (1952).  Failure timely to

file the ordered declaration may be deemed consent to the dismissal of this action.

DATED: March 17, 2014.

```
                          _____/S/_____
                                    CHARLES F. EICK
                             UNITED STATES MAGISTRATE JUDGE
```

2