**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | | |
|---|---|---|
| ALFREDO L. EDMOND, | ) | NO. ED CV 14-196-PSG(E) |
| Plaintiff, | ) | |
| v. | ) | JUDGMENT |
| CAROLYN W. COLVIN, Acting Commissioner of Social Security, | ) | |
| Defendant. | ) | |

Pursuant to the "Order Accepting Findings, Conclusions and Recommendations of United States Magistrate Judge,"

IT IS ADJUDGED that Judgment is entered in favor of Defendant.

DATED: October 1, 2014.

_____
PHILLIP S. GUTIERREZ
UNITED STATES DISTRICT JUDGE